UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Joseph A. Dickson |
| v. | : Mag. No. 19-6907 |
| LAURA VANESSA DIOSA-GIRALDO | : **UNSEALING ORDER** |

Upon application of the United States Attorney for the District of New Jersey (Mark J. Pesce, Assistant U.S. Attorney, appearing) for an order unsealing the Complaint, arrest warrant, and all supporting papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS, on this 31st day of December, 2019;

ORDERED that the Complaint, arrest warrant, and all supporting papers in the above-captioned matter are hereby unsealed.

HONORABLE JAMES B. CLARK, III
United States Magistrate Judge